IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR118-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VERONICA PERALES, | ) | |
| | ) | |
| Defendant. | ) | |

After a conference call with counsel wherein we reviewed a June 26, 2008 status report with U.S. Probation Officer Harriette Washington,

IT IS ORDERED that disposition of this case is set for 2:00 p.m. on July 2, 2008, and the defendant is ordered to be present.

June 26, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge