IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CR118 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VERONICA PERALES, ) | ORDER FOR ISSUANCE OF |
| ) | BENCH WARRANT |
| Defendant. ) | |

A dispositional hearing was scheduled for July 2, 2008 at 2:00 p.m. before this Court. The defendant was ordered to be present. The defendant failed to appear for the dispositional hearing and the issuance of a bench warrant has been ordered.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Veronica Perales, commanding the arresting officer to bring her before the Court forthwith.

Dated this 2nd day of July, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge